UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK D. BESWETHERICK, | ) | No. C 09-1975 SI (pr) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| J. HAVILAND, warden, | ) | |
| Respondent. | ) | |

Petitioner commenced this action by filing a petition for writ of habeas corpus and a "motion requesting 'protective filing of petition for writ of habeas corpus" so that he could exhaust state court remedies as to one or more claims. Ten days later, he filed a motion to dismiss the petition for writ of habeas corpus, indicating that he did not need to do a protective filing because he had several months left in his one-year limitations period to file a federal habeas petition. Upon due consideration, the motion to dismiss is GRANTED (docket # 3), and the "motion requesting 'protective filing' of petition for writ of habeas corpus" is DISMISSED as moot (docket # 2).

This action is DISMISSED without prejudice to petitioner filing a new action after he exhausts state court remedies for all of the claims in his petition. Petitioner is cautioned to act diligently, so that his new habeas action will be filed before the expiration of the one-year habeas statute of limitations period.

IT IS SO ORDERED.

DATED: May 28, 2009

_____
SUSAN ILLSTON
United States District Judge