UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK D. BESWETHERICK, | No. C 09-1975 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. HAVILAND, warden, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new action after he exhausts state court remedies for all of the claims in his petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 28, 2009

_____
SUSAN ILLSTON
United States District Judge